CONCETTO BAGNATO, APPELLANT, v. SPENCER, WHITE
& PRENTIS, INC., RESPONDENT.

Submitted October 25, 1946—Decided January 17, 1947.

For the appellant, *Laurence Semel.*

For the respondent, *John W. Taylor.*

Per Curiam.

The judgment under review herein is affirmed, for the reasons expressed in the opinion delivered by Mr. Justice Bodine in the Supreme Court.

*For affirmance*—The Chief Justice, Donges, Colie, Wachenfeld, Eastwood, Wells, Dill, Freund, McGeehan, McLean, JJ. 10.

*For reversal*—Heher, Perskie, Rafferty, JJ. 3.